81,884-02

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk

CAUSE NUMBER DCR-061680 HC1

T.D.C.J.-ID DERRICK ALONZO THOMAS § IN THE 268TH JUDICIAL
RELATOR

Vs. § DISTRICT COURT

ANNIE REBECCA ELLIOTT § FORT BEND, COUNTY, TEXAS
COUNTY DISTRICT CLERK,
IN HER/HIS OFFICIAL CAPACITY, §
RESPONDENT §

## A. PLAINTIFF'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now, DERRICK, ALONZO, THOMAS, Relator pro se in the above styled and numbered cause of action and files this Original Application For Writ of Mandamus, pursuant to T.C.C.P. art. 42.03 § 2 (a)(1) and Tex. R. App. Proc. 23.2 (a)(b) and would show the Court the following.

## B. RELATOR     I

1.01 DERRICK, ALONZO, THOMAS, T.D.C.J.# 1348881 is an offender incarcerated in the Texas Department of Criminal Justice, and is appearing pro se who can be located at PACK 1 UNIT, 2400 WALLACE PACK RD., GRIMES, COUNTY, TEXAS, 77868.

1.0.2 Relator has exhausted his remedies and has no other adequate remedy at law.

1.03 The act sought to be compelled is ministerial not discretionary in nature. See T.C.C.P. art. 42.03 § 2 (a)(1) and T.R.A. Proc. 23.2 (a)(b).

## C. RESPONDENT     II

2.01 Respondent, ANNIE R. ELLIOTT, in her/his capacity as District Clerk of Fort Bend, County, Texas has a ministerial duty to recieve and file all papers in a criminal proceeding, and perform all other duties imposed on the clerk by law pursuant to T.C.C.P. Art. 2.21.

## D. VIOLATION OF TEX. CODE OF CRIM. PROC. ARTICLE 42.03 §2 (a)(1) and TEX. R. APP. PROC. 23.2 (a)(b)

## III

3.01 Respondent violated T.C.C.P. art. 42.03 § 2 (a)(1) and T.R.A.P. 23.2 (a)(b) by failing to award Relator all the pre-sentence jail time credit while Relator was incarcerated both in Fort Bend County and Harris County, and then transferred to T.D.C.J. ID. Because their was an adminstrative detainer or hold reflecting Relator's pending charges in Fort Bend County. Where Relator was benched-warranted back to Fort Bend County to face said charges. Where Relator at no time was Relator at liberty between October 29, 2012 and June 26, 2013 where Relator plead guilty. And because there was an administrative detainer or hold Relator is entitled to all pre-sentence jail time credit.

3.02 Relator contends that the pre-sentence jail time credit were not part of the plea agreement and Relator did not expressly waived his right to such credit. And the States generic "boiler-plate" list of recommendations, stipulations, waivers, etc. are without any specifically any mentoining of any waiver of pre-sentencing jail time credit. Therefore Relator's issues are a question of fact under the States procedural rules and guidelines. And is not correct on any theory of law applicable to Relator's plea agreement under T.C.C.P. art. 42.03 § 2 (a)(1).

3.03 Relator requests for the transmittal of the application for Writ of Mandamus, any answers filed, and a certificate reciting the date upon which that finding was made by the Court of Criminal Appeals. To be made available to Relator who is presently incarcerated in the Tex. Dept. Of Crim. Jus. at the Pack 1 Unit, Wallace Pack Rd. 2400, in Navasota, Grimes, County, Texas 77868

3.04 Relator in "good faith" being a layman with no skill in the science of law contends that Respondent has wholly failed to comply with their own procedural rules and guidelines under the Texas Code of Criminal Procedure Article 42.03 § 2 (a) (1) and the Texas Rules of Appellate Procedure 23.2 (a)(b). Respondent is in violation of this procedure due process, ministeral duties, and thus the laws of this state under the Texas Constitution Article 1, § 19 and the 14th Amendment to the United States Constitution.

## PRAYER

D. PRAYER FOR RELIEF

## IV

WHEREFORE PREMISES CONSIDERED, Relator, DERRICK, ALONZO, THOMAS, pro se, respectfully requests that Relator be granted the 161 days which are owed to him

while Relator was incarcerated on the pending charges. Where there was an administrative detainer or hold reflecting Relator's prior confinement on record.

Relator prays that Relator's Writ of Mandamus be "fast-tracked", an Order directing Respondent to award Relator all pre-sentence jail time credits under T.C.C.P. art. 42.03 § 2(a)(1) and T.R.A.P. 23.2(a)(b).

RESPECTFULLY SUBMITTED,

_Derrick Thomas_
RELATOR

## UNSWORN DECLARATION

"My name is DERRICK , ALONZO , THOMAS my date of birth is July 11, 1968 , and my inmate identifying number, if any, is 1848881 . I am presently incarcerated in Wallace Pack 1 Unit in Navasota , Grimes, Texas, 77868. I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 15 day of Jan , 2015

_Derrick Thomas_
Declarant"

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above APPLICATION FOR WRIT OF MANDAMUS was served on ANNIE REBECCA ELLIOTT by placing a copy in the U.S. Mail addressed to: Justice Center, 1422 Eugene Helmann Cir. on this the 15 day of Jan 2015.

_Derrick Thomas_
RELATOR

## DECLARATION OF INABILITY TO PAY COST

The following Declaration is made pursuant to the Texas Rules of Civil Procedure and Title ⑥, Chapter 132 of the Texas Civil Practice & Remedies Code.

Now respectfully comes DERRICK ALONZO THOMAS, TDCJ # 1848881, and declares that I am unable to pay the court costs in this criminal action and requests leave of the Court to proceed informa pauperis in this accompanying criminal action and would show the Court the following:

1. I am presently incarcerated in the Pack #1 Unit of Texas Department of Criminal Justice where I am not permitted to earn or handle money.

2. I have no source of income or spousal income.

3. I currently have $ ___0___ credited to me in the Inmate Trust Fund.

4. During my incarceration in the Texas Department of Criminal Justice I have recieved approximately $ ___0___ per month as gifts from relatives and friends.

5. I neither own or have an interest in any realty, stocks, bonds or bank account, and I recieved no interest or dividened income from any source.

6. I have ___0___ dependents.

7. I have total debts of approximately ___0___

8. I owe $ ___0___ as restitution.

9. My monthly expenses are approximately $ ___0___

Being presently incarcerated in the Pack #1 Unit of Texas Department of Criminal Justice in Grimes County, Texas, I verify and declare under penalty of perjury that the foregoing statements are true and correct.

Executed on this the 15 day of Jan. , 2015.

Derrick THOMAS
Printed Name.

TDCJ # 1848881

## UNSWORN DECLARATION

"My name is DERRICK, ALONZO, THOMAS, my date of birth is 7-11-68 and my inmate identifying number, if any is 1848881. I am presently incarcerated in Wallace Pack 1 Unit in Navasota, Grimes, Texas, 77868. I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 15 day of Jan. , 2015.

Derrick Thomas
Declarant "